Harvey L. Leiderman (SBN 55838)
Email:  hleiderman@reedsmith.com
Theodore T. Ting (SBN 191163)
Email: tting@reedsmith.com
Jeffrey R. Rieger (SBN 215855)
Email:  jrieger@reedsmith.com
REED SMITH LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA  94111-3922

**Mailing Address:**
P.O. Box 7936
San Francisco, CA  94120-7936

Telephone:     +1 415 543 8700
Facsimile:      +1 415 391 8269

Attorneys for Defendants
Kenneth Marzion, Lori McGartland and Sharen B. Scott

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA COUNTY SUPERINTENDENTS OF SCHOOLS EDUCATIONAL ASSOCIATION (CCSESA), ET AL.,<br><br>Plaintiffs,<br><br>vs.<br><br>KENNETH MARZION, individually and in his official capacity as Interim Chief Executive Officer of the CALIFORNIA PUBLIC EMPLOYEES' RETIREMENT SYSTEM; LORI MCGARTLAND, individually; SHAREN B. SCOTT, individually,<br><br>Defendants. | Civil No. CV 08-04806-CW<br><br>**STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Date:      February 3, 2009<br>Time:      2:00 p.m.<br>Dept.:     2<br><br>Compl. Filed:     October 22, 2008<br><br>Honorable Claudia Wilken |

Plaintiffs California County Superintendents of Schools Educational Association and Defendants Kenneth Marzion, Lori McGartland, and Sharen B. Scott, by and through their respective attorneys of record, hereby stipulate and agree that:

For the case management conference currently scheduled for February 3, 2009, Plaintiffs'

counsel is unavailable because the administrative hearing involving the San Joaquin County Superintendent of Schools will occur from January 29, 2009 through February 10, 2009, and he is out of the country from February 12-20, 2009, and therefore the case management conference should be rescheduled for **March 3, 2009, at 2:00 p.m.** or as the Court otherwise determines.

DATED:  December 5, 2008.

REED SMITH LLP

By _____/s/ Theodore T. Ting_____
    Theodore T. Ting
    Attorneys for Defendants

DATED:  December 5, 2008.

LAW OFFICES OF SCOTT N. KIVEL

By _____/s/ Scott N. Kivel_____
    Scott N. Kivel
    Attorney for Plaintiffs

**IT IS SO ORDERED:**

Date: __12/10/08_____

_____
The Honorable Claudia Wilken
United States District Judge