Harvey L. Leiderman (SBN 55838)
Email: hleiderman@reedsmith.com
Theodore T. Ting (SBN 191163)
Email: tting@reedsmith.com
Jeffrey R. Rieger (SBN 215855)
Email: jrieger@reedsmith.com
REED SMITH LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA 94111-3922

**Mailing Address:**
P.O. Box 7936
San Francisco, CA 94120-7936

Telephone:   +1 415 543 8700
Facsimile:   +1 415 391 8269

Attorneys for Defendants Kenneth Marzion,
Lori McGartland and Sharen B. Scott

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA COUNTY SUPERINTENDENTS OF SCHOOLS EDUCATIONAL ASSOCIATION (CCSESA), ET AL.,<br><br>Plaintiffs,<br><br>vs.<br><br>KENNETH MARZION, individually and in his official capacity as Interim Chief Executive Officer of the CALIFORNIA PUBLIC EMPLOYEES' RETIREMENT SYSTEM; LORI MCGARTLAND, individually; SHAREN B. SCOTT, individually,<br><br>Defendants. | Civil No. CV 08-04806-CW<br><br>ORDER GRANTING CASE MANAGEMENT STIPULATION<br><br>[CIVIL LOCAL RULE 6-1(a)] |

**IT IS HEREBY STIPULATED,** by and between the parties to this action, through their attorneys of record, pursuant to Civil Local Rule 6.1(a), that all parties' disclosures under FRCP Rule 26(a) shall not be due until the <u>later</u> of March 17, 2009 or two weeks after the Court rules on Defendants' pending motion to dismiss.

– 1 –

STIPULATION RE RULE 26(a) DISCLOSURES

1  **IT IS SO STIPULATED.**

Dated: February 12, 2009

REED SMITH LLP

By: /s/ Jeffrey R. Rieger
Jeffrey R. Rieger
Attorneys for Defendants Kenneth Marzion, Lori McGartland and Sharen B. Scott

Dated: February 12, 2009

LAW OFFICES OF SCOTT N. KIVEL

By: /s/ Scott N. Kivel
Scott N. Kivel
Attorneys for Plaintiffs CCSESA, *et al.*



IT IS SO ORDERED
Judge Claudia Wilken

– 2 –
STIPULATION RE RULE 26(a) DISCLOSURES

# CERTIFICATION

I hereby attest that concurrence in the filing of this document has been obtained by the above named signatories.

DATED: February 12, 2009:

REED SMITH LLP

By: /s/ Jeffrey R. Rieger
Jeffrey R. Rieger
Attorneys for Defendants Kenneth Marzion, Lori McGartland and Sharen B. Scott